# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

## CRIMINAL MINUTES

Case No.: CR 07-15(1)-KI                    Date of Proceeding: 1/19/07

**Presiding Judge:** Paul Papak                **Courtroom Deputy:** Gary Magnuson
**Reporter:** _____    **Tape No:** FTR    **AUSA:** KATHLEEN BICKERS
                                                              (for: _____)

**DOCKET ENTRY:**  (Interpreter: _____)
Record of: [ ]time set for [X]First Appearance [ ]Initial Appearance [X]Arraignment [X]Detention Hearing
[ ]Preliminary / [ ]Pretrial / [ ]Supervised Release / [ ] Probation Violation [ ]Rule 5 Proceedings [ ]Status Hearing:
[X]ORDER - appointing Federal Defender/CJA Attorney to represent defendant(s).
[ ]Defendant(s) advised of charges [X]Defendant(s) waived reading of the indictment/information/complaint.
[X]Defendant(s) advised of rights  [X]Defendant(s) waived advice of rights.
[ ]Defendant(s) waived [ ]preliminary [ ]identity [ ]removal hearing.
[X]Defendant(s) proceeds as named in the complaint/indictment/information.
[ ]ORDER -   (re)setting the [ ]First Appearance [ ]Release Violation / [ ]Rule 5 / [ ]Preliminary / [ ]Detention  / [ ] Status Hearing before the duty Magistrate Judge on _____ at _____.m.
[ ]Gov't witness(es) sworn: _____.
[ ]Defense witness(es) sworn: _____.
[ ]ORDER - finding probable cause.
[ ]ORDER - (re)setting arraignment on: _____ at _____.m. before the duty magistrate.
[ ]ORDER - defendant is detained: [ ]flight [ ]danger [ ]violation of release conditions [ ]pending further hearing.
[X]ORDER - defendant is released on conditions. (see separate order)
[X]ORDER - defendant's plea(s) of not-guilty is entered.
[X]ORDER - (re)setting trial before Judge ____KING____ on ____3/27/07____ at 9:00 a.m.
**Please use the above case number and initials on all future documents and correspondence in this action.**
[X]ORDER - discovery to be provided within 10 days, motions due in 21 days.
[ ]ORDER - setting a violation hearing before Judge _____ on _____ at _____.
[ ]ORDER - setting a further appearance before _____ on _____ at _____.
[ ]ORDER - _____.
[ ] - _____.

(OTD: 3/30/07 - Gov't case: 3 days)

| DEFENDANT | COUNSEL |
|---|---|
| (1) VICKY VILLALOBOS | (1) T.J. HESTER |
| [X]Present [ ] O/R [ ] Bond [X]Custody | [X]Present [X]Appointed [ ] Retained |
| (2) _____ | (2) _____ |
| [ ] Present  [ ] O/R  [ ] Bond  [ ] Custody | [ ] Present  [ ] Appointed  [ ] Retained |
| (3) _____ | (3) _____ |
| [ ] Present  [ ] O/R  [ ] Bond  [ ] Custody | [ ] Present  [ ] Appointed  [ ] Retained |
| (4) _____ | (4) _____ |
| [ ] Present  [ ] O/R  [ ] Bond  [ ] Custody | [ ] Present  [ ] Appointed  [ ] Retained |

cc: [X]Chambers          [ ] Probation
    [ ]Counsel of Record  [ ] Pretrial Services          Document No.: _____
    [ ] Jury Clerk        [ ] US Marshal's