Thomas J. Hester, OSB No. 93184
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: tj_hester@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR No. 07-15-01-KI** |
| **Plaintiff,** | **DEFENDANT VICKY VILLALOBOS'S WITNESS LIST** |
| **vs.** | |
| **VICKY VILLALOBOS,** | |
| **Defendant.** | |

The defendant, Vicky Villalobos, through her attorney, Thomas J. Hester, in her case-in-chief, may call as a witness:

1.    Fernando Serrano Sanchez

2.    Walla Walla Police Officer Kevin Bayne

3.    Walla Walla Police Officer Saul Reyna

RESPECTFULLY SUBMITTED this August 21, 2007.

/s/ Thomas J. Hester
Thomas J. Hester
Attorney for Defendant