

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No.  07-15 KI |
| | ) | |
| v. | ) | SUPERSEDING INFORMATION |
| | ) | |
| | ) | 21 U.S.C. 841(a)(1); (b)(1)(B)(viii) |
| | ) | 21 U.S.C. § 853. |
| VICKY VILLALOBOS and | ) | |
| BRUNO FABIAN ARMENTA | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

### Possession With Intent to Distribute Methamphetamine

On or about May 11, 2006, in the District of Oregon, **VICKY VILLALOBOS** and **BRUNO FABIAN ARMENTA**, defendants herein, did knowingly and intentionally possess with intent to distribute more than five (5) grams of actual methamphetamine, a Schedule II controlled substance in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B)(viii).

### FORFEITURE NOTICE

Upon conviction of the offense alleged in Count 1of this information, **VICKY VILLALOBOS** and **BRUNO FABIAN ARMENTA**, defendants herein, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived

from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation.

Dated this _____ day of October 2007.

Submitted by:

KARIN J. IMMERGUT
United States Attorney

KATHLEEN L. BICKERS
Assistant United States Attorney

PAGE 2 - SUPERSEDING INFORMATION