USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 3:07-cr-00015-KI    Document 82    Filed 02/24/08    Page 1 of 2

| U.S. Department of Justice<br>United States Marshals Service | | **PROCESS RECEIPT AND RETURN**<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|---|
| PLAINTIFF<br>United States of America | | COURT CASE NUMBER<br>No. CR 07-15-KI |
| DEFENDANT<br>Vicky Villalobos, et al, | | TYPE OF PROCESS<br>Publication |

RECEIVED 08 FEB 22 PM 2:26 PORTLAND, OREGON

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
08-DEA-492740 & 08-DEA-492736

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Leslie J. Westphal
Assistant United States Attorney
1000 SW 3rd Avenue, Ste. 600
Portland, OR 97204

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                                            Fold

Please IMMEDIATELY publish the attached Publication Notice in and around the town in Milton-Freewater, OR, for one day.

Email: mel_valley@Qwest.net    Valley Herald  (541) 938-6688
       underscore                P.O. Box 6688
Process: A85 CR 07-15 #B         Milton-Freewater, OR 97862

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: (503) 727-1102
DATE: 1/18/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 65 | District to Serve No. 65 | Signature of Authorized USMS Deputy or Clerk | Date 1/18/08 |

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only if different than shown above)*

RECEIVED UNITED STATES MARSHAL 08 JAN 24 AM 8:48 EASTERN WASHINGTON SPOKANE

Date 2/1/08    Time [ ]am [ ]pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

## Affidavit of Publication

STATE OF OREGON          )
                         )       ss:                                    469
County of Umatilla       )                                          Notice No.

    I, Sharee LaRue Wright, being duly sworn, deposed and state:
    That I am the principal clerk of the publisher of the Valley Herald, a newspaper of general circulation, as defined by ORS chapter 193, printed and published at Milton-Freewater, Oregon, in the aforesaid county and state; that the PUBLIC NOTICE, a printed copy of which is hereto annexed, was published in the issue of said newspaper for
    __1__ insertion(s) in the following issues:
2/1/08

_____
                      Signature

SUBSCRIBED AND SWORN to before me this __1st__ day of __February__, 2008.

_____
Notary Public for Oregon
My Commission expires __2/11/2010__



OFFICIAL SEAL
MELANIE L HALL
NOTARY PUBLIC-OREGON
COMMISSION NO. 401357
MY COMMISSION EXPIRES FEBRUARY 11, 2010