U.S. Department of Justice
United States Marshals Service



# PROCESS RECEIPT AND RETURN

DEA-Yakima

See "Instructions for Service of Process by U.S. Marshal"

RECEIVED
08 FEB 22 PM 2:27
PORTLAND, OREGON

| | |
|---|---|
| PLAINTIFF: United States of America | COURT CASE NUMBER: No. CR 07-15-KI |
| DEFENDANT: Vicky Villalobos, et al., | TYPE OF PROCESS: Publication |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Assorted Weapons and Ammunition (08-DEA-492736)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Leslie J. Westphal
Assistant United States Attorney
1000 SW 3rd Avenue, Ste. 600
Portland, OR 97204

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

RECEIVED
UNITED STATES MARSHAL
08 JAN -3 AM 10:46
PORTLAND, OREGON

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (**Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service**):

Fold — Fold

Pursuant to the Preliminary Order of Forfeiture, the United States is authorized to seize the above-described weapons and ammunition, until further order of the Court.

Process: A85 CR 07-15 #1

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | [X] PLAINTIFF / [ ] DEFENDANT | (503) 727-1102 | 12/28/07 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 65 | 85 No. 65 | [signature] | 1/3/08 |

I hereby certify and return that I [ ] have personally served , [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| | |
|---|---|
| Name and title of individual served (if not shown above) | [ ] A person of suitable age and discretion then residing in defendant's usual place of abode |
| Address (complete only different than shown above) | Date: 2/25/08 — Time: [ ] am [ ] pm — Signature of U.S. Marshal or Deputy: [signature] |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

RECEIVED
UNITED STATES MARSHAL
08 JAN 24 AM 8:41
EASTERN WASHINGTON
SPOKANE

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED