KARIN J. IMMERGUT, OSB 963144
United States Attorney
KATHLEEN L. BICKERS OSB 851516
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
(503) 727-1000
E-mail: kathleen.bickers@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. CR 07-15-01 KI |
| | ) | |
| VICKY VILLALOBOS, | ) | GOVERNMENT'S SENTENCING |
| | ) | MEMORANDUM |
| Defendant. | ) | |
| | ) | |

The United States of America, by Karin J. Immergut, United States Attorney for the District of Oregon, and Kathleen L. Bickers, Assistant United States Attorney, submits the following sentencing memorandum for the Court's consideration in this case.

**A.    GUIDELINE CALCULATION**

Defendant plead guilty to a Superseding Information which charged the crime of Possession with the Intent to Distribute Methamphetamine in a quantity exceeding five (5) grams actual, in violation of Title 21, United States Code, Section(s) 841(a)(1) and (b)(1)(B)(viii). This statute triggers a five-year mandatory minimum. The parties agree that defendant's relevant conduct pursuant to U.S.S.G. §§ 1B1.3 and 2D1.1(a)(4) is a gross weight of 221.4 grams with an actual (pure) weight of 66.4 grams of methamphetamine for a Base Offense Level of 32, prior to adjustments.

B. **ADJUSTMENTS**

The government recommends a three (3) level reduction in defendant's offense level under U.S.S.G. § 3E1.1 for acceptance of responsibility.. The parties have agreed to recommend a two-level upward adjustment for possession of a firearm pursuant to U.S.S.G. § 2D1.1(b)(1).

C. **SENTENCE**

The government recommends the low-end of the advisory range of Offense Level 31, Criminal History Category I, for a sentence of imprisonment of 108 months, a $100 fine and the forfeiture to which defendants have agreed to in the plea agreement and as set forth in the Preliminary Order of Forfeiture filed on December 29, 2007.

DATED this 12th day of March 2008.

Respectfully Submitted,

KARIN J. IMMERGUT
United States Attorney

   /s/ Kathleen L. Bickers
KATHLEEN L. BICKERS
Assistant United States Attorney